**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00461-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DAVID BLEA,

      Defendant.

## FORFEITURE MONEY JUDGMENT

**Blackburn, J.**

The matter is before me on the government's **Motion For Forfeiture Money Judgment** [#33] filed May 9, 2011. After reviewing the motion and the file, I conclude that the motion should be granted.

The United States and defendant David Blea entered into a Plea Agreement and Statement of Facts Relevant to Sentencing, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

**THEREFORE, IT IS ORDERED**, **DECREED AND ADJUDGED**:

that defendant's interest in the following:

> Forfeiture Money Judgment in the amount of $3,300.00, constituting proceeds obtained by defendant as a result of the offenses of distributing a controlled substance (cocaine base)

is forfeited to the United States in accordance with 21 U.S.C. § 853; provided, furthermore, pursuant to Fed. R. Crim. P. 32.2(b)(4), this Forfeiture Money Judgment

shall become final as to defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

Dated May 25, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge